UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| ISMAEL HINOJOSA,<br>  Plaintiff, | § § § | |
| v. | § § | Civil Action No. 7:23-cv-00402 |
| THE UNITED STATES OF AMERICA,<br>  Defendant. | § § § | |

**PLAINTIFF'S AGREED MOTION FOR DISMISSAL WITH PREJUDICE**

COMES NOW Ismael Hinojosa, Plaintiff in the above-entitled and numbered cause, represented by R. Nicholas Moore, and moves to dismiss this case, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. As grounds for this motion, Plaintiff would show as follows:

1. This case arises out of an automobile collision between Plaintiff and a U.S. Government employee[1] assigned for duty in support of activities conducted by Defendant United States of America (through U.S. Customs & Border Protection, U.S. Department of Homeland Security), which took place on 12 January 2021 at approximately 9.02 a.m. at the intersection of Los Indios Road and FM 396/Anzalduas Highway in Hidaldo County, Texas. Plaintiff has contended in this suit, and Defendant agrees, that said U.S. Government employee was acting at the time of the accident within the course and scope of his duties conducted on behalf of Defendant United States. Plaintiff has reached a settlement of this action with Defendant United States, and no longer desires to prosecute the claims advanced in this case against Defendant United States. Defendant United States has specifically agreed to the dismissal of this case with prejudice, as requested herein.

2. As part of their settlement, Plaintiff and Defendant United States have agreed that they shall each bear their own costs in this case.

---

[1] Plaintiff's original Complaint (dkt. 1) named U.S. Customs and Border Patrol agent Lee Navarro as that U.S. Government employee; Plaintiff's First Amended Complaint (dkt. 13)—the live complaint in this matter—omits mention of Lee Navarro.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this Court grant this Agreed Motion for Dismissal and dismiss this suit with prejudice to the right of Plaintiff Ismael Hinojosa to refile same against Defendant United States of America.

Respectfully submitted,

/s/ *R. Nicholas Moore*
**R. NICHOLAS MOORE**
State Bar No. 24098134
Federal Bar ID No. 16942
MOORE LAW FIRM
4900 North 10th Street, Suite F-3
McAllen, Texas 78504
Telephone: (956) 631-0745
Facsimile: (888) 266-0971
Email: lit-docket@moore-firm.com
Attorney for Plaintiff

AGREED AS TO FORM AND SUBSTANCE:

**ALAMDAR S. HAMDANI**
UNITED STATES ATTORNEY

*s/ Benjamin S. Lyles*
**BENJAMIN S. LYLES**
Assistant United States Attorney
S.D. Tex. ID No. 3062156
State Bar No. 24094808
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Benjamin.Lyles@usdoj.gov
Attorney in Charge for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Agreed Motion to Dismiss with Prejudice was served through the Court's ECF system and mailed by first class mail, postage pre-paid, on this _18_ day of _April_, 2024, to the following:

Benjamin S. Lyles
Assistant United States Attorney
1701 W. Highway 83, Suite #600
McAllen, TX 78501

Attorney for Defendant United States

/s/ *R. Nicholas Moore*
**R. NICHOLAS MOORE**